UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVESTRE PALENCIA-CORIA,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Civil No. 06-CV-0336-L<br>Criminal No. 03-CR-1339-L<br><br>**ORDER DISMISSING PETITIONER'S MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE** |

Currently pending before the Court is Petitioner's motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence ("Motion"). The Court has reviewed the record in this case which establishes that Petitioner waived both his right to appeal and to collaterally attack his conviction and sentence. (Plea Agreement 9:4-17). Petitioner's motion raises no challenge to the validity of this waiver[1], therefore this Court lacks jurisdiction to consider any collateral challenge to his conviction and sentence. *See Washington v. Lampert*, 422 F.3d 864, 869 (9th Cir. 2005) (recognizing that if sentencing agreement's waiver of the right to file a federal habeas petition was valid, district court lacked jurisdiction to hear the case).

///

///

---

[1] The sole ground for relief raised in the Motion is that Petitioner was deprived of effective assistance of counsel by his attorney's failure to file a notice of appeal.

1 | Accordingly, Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to
2 | 28 U.S.C. § 2255 is **DISMISSED**.
3 | **IT IS SO ORDERED.**
4 | DATED: December 4, 2006

M. James Lorenz
United States District Court Judge